**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEM VICINAGE**

| | |
|---|---|
| TOZINE TILLER, | Civ. No. 20-452 (RMB) |
| Petitioner | |
| v. | **ORDER TO ANSWER** |
| UNITED STATES OF AMERICA, | |
| Respondent | |

This matter is before the Court upon Petitioner's amended motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (Am. § 2255 Mot., ECF No. 3.) Having reviewed the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings in the United States District Courts:

**IT IS** therefore on this **13th day of April 2020,**

**ORDERED** that the Clerk of the Court shall reopen this matter; and it is further

**ORDERED** that Respondent shall file a full and complete answer to Petitioner's amended motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (ECF No. 3), within 45 days of entry of this Order; and it is further

**ORDERED** that Respondent shall raise by way of its answer any appropriate defenses which it wishes to have the Court consider,

including, with respect to the asserted defenses, relevant legal arguments with citations to appropriate legal authority; and it is further

**ORDERED** that the answer shall be accompanied by certified copies of all notices, opinions, documents, transcripts or recordings of any proceedings, including all documentation that may be material to the questions raised in the motion; Respondent may cite to records of prior proceedings that are available on CM/ECF and need not produce such materials; and it is further

**ORDERED** that Petitioner may file and serve a reply in support of the motion within 30 days after the answer is filed.

**ORDERED** that the Clerk shall serve a copy of this Order upon Petitioner by regular U.S. mail.

s/RENÉE MARIE BUMB_____
**RENÉE MARIE BUMB**
**United States District Judge**