## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

TOZINE TILLER,                          :
               Petitioner      :      Civ. No. 20-452 (RMB)
                        :        (related to Crim. No. 14-699 (RMB))
        v.                      :
                        :
UNITED STATES OF AMERICA,                :
              Respondent

## **ORDER**

The petitioner, Tozine Tiller, *pro se*, having filed a Motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence (the "Motion"), and the petitioner having alleged actual ineffective assistance of counsel on the part of his trial counsel in his underlying criminal case, and the United States having reviewed the petitioner's allegations, and the United States having determined, as a result of that review, that it is necessary to confer with petitioner's previous counsel in order to properly respond to the allegations raised; and the United States seeking sufficient additional time to confer with defense counsel, to allow defense counsel to review and execute any affidavits that must be submitted in response to the Motion, and for the United States to prepare a response to Petitioner's claims; and for good cause shown;

IT IS THE FINDING OF THIS COURT that by alleging in the Motion that the petitioner received ineffective assistance of counsel, the petitioner knowingly and voluntarily waived the attorney-client privilege with regard to each claim of ineffective assistance of counsel.

IT IS THEREFORE ORDERED on this _____ day of July, 2020, that

1.     The Government may interview and confer with Petitioner's previous defense attorney regarding the claims of ineffective assistance of counsel raised in the Motion;

2.     Previous defense counsel shall review their files and provide to the United States all

relevant documentation concerning the claims of ineffective assistance of counsel raised in the Motion;

3.      Previous defense counsel shall give testimony, including testimony concerning the claims of ineffective assistance of counsel raised in the Motion, if the Court orders a Hearing on the Motion; and

4.      The Respondent shall file an answer to the Petitioner's Motion by October 30, 2020,


RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE

At: Camden, NJ

2